1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

9
10
11
12
13
14

ANTONIO JOHNSON and OLIVIA PULOKA

                   Plaintiffs,

       v.

COLUMBIA DEBT RECOVERY, LLC, dba GENESIS,

                  Defendants.

CASE NO. 2:20-CV-00573-RSM

DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES

15
16
17

     Comes now Defendant, submit the following Answer to the Plaintiffs' Complaint, alleges and states as follows:

18

## I.  JURISDICTION AND VENUE

19
20

    1     Defendant does not have sufficient information to form an opinion of the truth of the allegations in Paragraph 1 and therefore deny.

21
22
23
24
25

    2     Defendant admit they are a Washington Limited Liability Company. Defendant admits only that Columbia Debt Recovery LLC is a properly licensed collection agency and has in the past conducted business in Washington state. Defendant admits it attempted to collect a debt from the Plaintiff.

    3     Defendants admit that jurisdiction is proper in King County, Washington.

DEFENDANTS ANSWER AND
AFFIRMATIVE DEFENSES - 1

Mark T. Case, WSBA 38589
P.O. Box 30131
Spokane, WA 99223
Phone: (425) 890-2817
Email: markcaselaw@gmail.com

## II. FACTS

4.      Defendant is without information to admit or deny when Plaintiffs took over the lease at Linden Square Apartments and therefore deny.

5.      Defendant admits the allegation in Paragraph 5.

6.      Defendant denies that Plaintiffs timely paid their rent and utilities each month.

7.      Defendant denies the allegations contained in Paragraph 7. RCW 59.18.220 only specifies that a tenancy ends at the end of the term. The lease agreement controls notice provisions.

8.      Defendant denies the allegations of Paragraph 8 because Plaintiff did not pay rent and Linden Square Apartments initiated unlawful detainer proceedings against Plaintiffs. Additionally, move out statements were sent to Plaintiffs by Linden Square.

9.      Defendant admits Paragraph 9.

10.      Defendant is without sufficient information to admit or deny the allegations in Paragraph 10 and therefore deny.

11.      Defendant is without sufficient information to admit or deny the allegations in Paragraph 11 and therefore deny.

12.      Defendant is without sufficient information to admit or deny the allegations in Paragraph 12 and therefore deny.

13.      Defendant denies the allegations in Paragraph 13. Information was sent to Mr. Johnson via ground mail on at least two occasions.

14.      Defendant denies the allegations in Paragraph 14.

DEFENDANTS ANSWER AND
AFFIRMATIVE DEFENSES - 2

Mark T. Case, WSBA 38589
P.O. Box 30131
Spokane, WA 99223
Phone: (425) 890-2817
Email: markcaselaw@gmail.com

15.     The communication speaks for itself. To the extent the allegations in Paragraph 15 are to the contrary, Defendant denies.

16.     The communication speaks for itself. To the extent the allegations in Paragraph 16 are to the contrary, Defendant denies.

17.     The communication speaks for itself. To the extent the allegations in Paragraph 17 are to the contrary, Defendant denies.

18.     The communication speaks for itself. To the extent the allegations in Paragraph 18 are to the contrary, Defendant denies

19.     The complaint speaks for itself. To the extend the allegation in Paragraph 19 are to the contrary, Defendant denies.

20.     Defendant admits the allegations in Paragraph 20.

21.     The communication speaks for itself. To the extent the allegations in Paragraph 21 are to the contrary, Defendant denies.

22.     The communication speaks for itself. To the extent the allegations in Paragraph 21 are to the contrary, Defendant denies.

23.     The complaint speaks for itself. To the extend the allegation in Paragraph 23 are to the contrary, Defendant denies.

24.     The complaint speaks for itself. To the extend the allegation in Paragraph 24 are to the contrary, Defendant denies.

25.     The complaint speaks for itself. To the extend the allegation in Paragraph 25 are to the contrary, Defendant denies.

DEFENDANTS ANSWER AND
AFFIRMATIVE DEFENSES - 3

Mark T. Case, WSBA 38589
P.O. Box 30131
Spokane, WA 99223
Phone: (425) 890-2817
Email: markcaselaw@gmail.com

26.    The complaint speaks for itself. To the extend the allegation in Paragraph 26 are to the contrary, Defendant denies.

27.    Defendant is without sufficient information to admit or deny the allegations in Paragraph 27 and therefore deny.

28.    Defendant admits it sent the letter attached as Exhibit B; Defendant denies the remaining allegations of Paragraph 28.

29.    Defendant admits the allegations of Paragraph 29.

30.    Defendant is without sufficient information to admit or deny the allegations in Paragraph 30 and therefore deny.

31.    Defendant is without sufficient information to admit or deny the allegations in Paragraph 31 and therefore deny.


### III.  CAUSES OF ACTION

### GENERAL ALLEGATIONS APPLICABLE TO ALL COUNTS

32.    Defendant admits for purposes of this case the allegations in Paragraph 32.

33.    Defendant admits for purposes of this case the allegations in Paragraph 33.

34.    Defendant denies the allegations in Paragraph 25.

35.    Defendant denies the allegations in Paragraph 26.


### COUNT 1 (AND ALL SUBCOUNTS)

DEFENDANTS ANSWER AND
AFFIRMATIVE DEFENSES - 4

Mark T. Case, WSBA 38589
P.O. Box 30131
Spokane, WA 99223
Phone: (425) 890-2817
Email: markcaselaw@gmail.com

36.    Paragraph 36 contains no factual allegations or content which Defendant can admit or deny.   The statutes speak for themselves and Defendant denies having violated such statutes.

37.    Defendant denies Paragraph 37.

38.    Paragraph 38 calls for a legal conclusion to which a response is not required. As a result, Defendant denies the allegations in Paragraph 38.

**COUNT 2 (AND ALL SUBCOUNTS)**

39.    Paragraph 39 contains no factual allegations or content which Defendant can admit or deny.   The statute speaks for itself and Defendant denies having violated said statute.

40.    Defendant previously denied Paragraph 37 and does so again with respect to unfair and unconscionable means to collect a debt.

41.    Defendant denies paragraph 41.

**GENERAL APPLICATIONS TO ALL CPA CLAIMS**

42.    Paragraph 42 contains no factual allegations or content which Defendant can admit or deny.   The statutes speak for themselves and Defendant denies having violated such statutes.

43.    Paragraph 43 contains no factual allegations or content which Defendant can admit or deny.   The statutes speak for themselves and Defendant denies having violated such statutes.

DEFENDANTS ANSWER AND
AFFIRMATIVE DEFENSES - 5

44.     Paragraph 44 contains no factual allegations or content which Defendant can admit or deny.   The statutes speak for themselves and Defendant denies having violated such statutes.

## COUNT 3

45.     Paragraph 45 contains no factual allegations or content which Defendant can admit or deny.   The statutes speak for themselves and Defendant denies having violated such statutes.

46.     Defendant denies the allegation of Paragraph 46.

47.     Defendant denies the allegation of Paragraph 47.

48.     Defendant denies the allegation of Paragraph 48.

## COUNT 4

49.     Paragraph 49 contains no factual allegations or content which Defendant can admit or deny.   The statutes speak for themselves and Defendant denies having violated such statutes.

50.     Defendant denies the allegation of Paragraph 50.

51.     Defendant denies the allegation of Paragraph 51.

## COUNT 5 – INJUNCTIVE RELIEF

52.     Defendant denies Paragraphs 52-57.

DEFENDANTS ANSWER AND
AFFIRMATIVE DEFENSES - 6

Mark T. Case, WSBA 38589
P.O. Box 30131
Spokane, WA 99223
Phone: (425) 890-2817
Email: markcaselaw@gmail.com

**AFFIRMATIVE DEFENSES**

Defendants realleges their forgoing Answer and by way of Affirmative Defenses, state:

1.    Plaintiffs' claims fails to state factual matter sufficient to constitute a claim against the Defendants and fails to state facts upon which relief can be granted.

2.    Plaintiffs lacks standing to pursue the claims in the Complaint because Plaintiffs have not suffered any concrete harm. Additionally, Defendant never spoke to Plaintiff Puloka and Plaintiff Johnson said that they no longer communicate. Accordingly, Plaintiff Puloka has no cause of action and no standing in this matter.

3.    Plaintiffs' claims are barred, in whole or in part, by the doctrines of waiver, estoppel and/or laches.

4.    Plaintiffs' claims are barred in whole or in part by the doctrine of accord and satisfaction, compromise and settlement and/or account stated.

5.    Plaintiffs have an adequate remedy at law and are not entitled to injunctive relief.

6.    Any alleged misrepresentation, failure or wrongful conduct by Defendants was not material and, hence, not actionable under *Donahue v. Quick Collect, Inc*. 592F. 3d 1027 (9th Cir. 2010).

7.    Defendants acted in good faith at all times and in reliance on federal, state and local statutes, regulations and rules.

DEFENDANTS ANSWER AND
AFFIRMATIVE DEFENSES - 7

Mark T. Case, WSBA 38589
P.O. Box 30131
Spokane, WA 99223
Phone: (425) 890-2817
Email: markcaselaw@gmail.com

8.     Plaintiffs' claims are barred by their own misrepresentation, fraud and perjury which were the direct and proximate cause of any loss they suffered.

9.     Any violation and/or damages resulted from the fault and wrongdoing of Plaintiffs or of others for whom Defendants are not responsible or liable.

10.   Plaintiffs have come to Court with unclean hands.

11.   Any alleged violation of statute was technical, non-material and/or de minimis in nature and, therefore, does not support a finding of liability or an award of damages or attorney's fees.

12.    To the extent Plaintiffs are able to prove a violation of the FDCPA or CPA, any such violation was unintentional, clerical and resulted from a bona fide error notwithstanding the maintenance of procedures reasonably adapted to avoid any such error.

13.   Plaintiffs failed to mitigate their damages.

14.   The allegations contained in the Amended Complaint are without evidentiary support, are unwarranted by the facts of the case and are brought in bad faith and for the purpose of harassing Defendants.

WHEREFORE, Defendants pray for the following relief:

1.    That the Complaint be dismissed with prejudice.

2.   That Defendants be awarded their attorneys fees, costs and disbursements.

DEFENDANTS ANSWER AND
AFFIRMATIVE DEFENSES - 8

Mark T. Case, WSBA 38589
P.O. Box 30131
Spokane, WA 99223
Phone: (425) 890-2817
Email: markcaselaw@gmail.com

3.   That Defendants be awarded such other and further relief as the Court finds just and equitable.

Respectfully submitted this 18th day of May, 2020.

COLUMBIA DEBT RECOVERY, LLC

/s/ Mark T. Case_____
Mark T. Case, WSBA #38589
Attorney for Defendant
PO Box 30131
Spokane, WA 99223
Telephone:  425 890-2817
Email: markcaselaw@gmail.com

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury of the laws of the State of Washington that on the date set forth below, I caused to be served true and correct copies of the forgoing to the parties listed below:

| Name and Address of Party Served | Method of Service: |
| --- | --- |
| T. Tyler Santiago, WSBA #46004<br>Anderson Santiago<br>787 Maynard Ave. S<br>Seattle, WA. 98104<br>206-395-2665<br>Email: tyler@alkc.net<br><br>Jason Anderson, WSBA #38014<br>Anderson Santiago<br>787 Maynard Ave. S<br>Seattle, WA. 98104<br>206-395-2665<br>Email: jason@alkc.net<br>Attorneys for Plaintiff<br><br>*Attorneys for Plaintiffs* | Personal Service<br>First Class US Mail<br>Certified Mail<br>X  Electronic Mail<br>Facsimile<br>Legal Messenger |

DEFENDANTS ANSWER AND
AFFIRMATIVE DEFENSES - 9

Mark T. Case, WSBA 38589
P.O. Box 30131
Spokane, WA 99223
Phone: (425) 890-2817
Email: markcaselaw@gmail.com

1

2        Dated in Everett this 18th day of May, 2020.

3

4
                                    /s/Mark T. Case_____
5                                   Mark T. Case, WSBA # 38589
                                    Attorney for Defendant
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

DEFENDANTS ANSWER AND
AFFIRMATIVE DEFENSES - 10                    Mark T. Case, WSBA 38589
                                             P.O. Box 30131
                                             Spokane, WA 99223
                                             Phone: (425) 890-2817
                                             Email: markcaselaw@gmail.com