

# United States District Court
# Western District of Washington

| | |
|---|---|
| ANTONIO JOHNSON and OLIVIA PULOKA | Case Number: 2:20-cv-00573-RSM |
| Plaintiff(s) | APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE |
| V. | |
| COLUMBIA DEBT RECOVERY, LLC, dba GENESIS | |
| Defendant(s) | |

Pursuant to LCR 83.1(d) of the United States District Court for the Western District of Washington, __Sean P. Flynn__ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Defendant, COLUMBIA DEBT RECOVERY, LLC dba GENESIS

The particular need for my appearance and participation is:

Because of counsel's knowledge of Defendant and the issues presented in this matter

I, __Sean P. Flynn__ understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date: __April 27, 2021__         Signature of Applicant: s/ __Sean P. Flynn__

---

U.S. District Court – Pro Hac Vice Application         Page 3
Revised November 30, 2020

**Pro Hac Vice Attorney**

Applicant's Name: Sean P. Flynn

Law Firm Name: Gordon Rees Scully Mansukhani, LLP

Street Address 1: 300 S. 4th Street, Suite 1550

Address Line 2:

City: Las Vegas   State: NV   Zip: 89101

Phone Number w/ Area Code: 702-577-9317   Bar #: 15408   State: NV

Primary E-mail Address: sflynn@grsm.com

*(Primary E-Mail address must be for the Pro Hac attorney and not any subordinate or staff member)*

Secondary E-mail Address: lhandy@grsm.com

## STATEMENT OF LOCAL COUNSEL

I am authorized and will be prepared to handle this matter, including trial, in the event the applicant Sean P. Flynn is unable to be present upon any date assigned by the court.

Date: April 27, 2021   Signature of Local Counsel: s/ Kelly F. Huedepohl

Local Counsel's Name: Kelly F. Huedepohl

Law Firm Name: Gordon Rees Scully Mansukhani, LLP

Street Address 1: Columbia Center

Address Line 2: 701 Fifth Avenue, Suite 2100

City: Seattle   State: WA   Zip: 98104

Phone Number w/ Area Code: 503-382-3844   Bar #: 53456



# Electronic Case Filing Agreement

By submitting this form, the undersigned understands and agrees to the following:

1. The CM/ECF system is to be used for filing and reviewing electronic documents, docket sheets, and notices.

2. The PACER password combined with your login, serves as your signature under Federal Rule of Civil Procedure 11 and 5(d)(3)(C). Therefore, you are responsible for protecting and securing this password against unauthorized use.

3. If you have any reason to suspect that your password has been compromised in any way, you are responsible for immediately notifying the court. Court staff will assess the risk and advise accordingly.

4. By signing this Registration Form, **you consent to receive notice electronically and waive your right to receive notice by personal service or first-class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), except with regard to service of a complaint and summons.** This provision does include electronic notice of the entry of an order or judgment.

5. You will continue to access court information via the Western District of Washington's internet site or through the Public Access to Court Electronic Records (PACER) system. After January 27, 2020, a PACER login and password, will be required to electronically file. You can register for PACER access at their web site: www.pacer.gov.

6. By completion of this registration, the undersigned agrees to abide by the rules and regulations in the most recent General Order, the Electronic Filing Procedures developed by the Clerk's Office, and any changes or additions that may be made to such administrative procedures in the future.

Date Signed  04/27/2021    Signature  s/ Sean P. Flynn
*(Pro Hac Vice applicant name)*