# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTONIO JOHNSON AND OLIVIA PULOKA,<br><br>    Plaintiffs,<br><br>  v.<br><br>COLUMBIA DEBT RECOVERY, LLC dba<br>GENESIS CREDIT MANAGEMENT, LLC,<br><br>    Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. C20-573 RSM |

\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

Judgment is entered in favor of Plaintiff Johnson in the total amount of $30,120 and in favor of Plaintiff Puloka in the total amount of $30,000. This matter is now CLOSED.

DATED this 17th day of June, 2021.

WILLIAM M. MCCOOL
Clerk

*s/PAULA MCNABB*
Deputy Clerk