# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANTONIO JOHNSON AND OLIVIA PULOKA,

      Plaintiffs,

      v.

COLUMBIA DEBT RECOVERY, LLC dba
GENESIS CREDIT MANAGEMENT, LLC,

      Defendant.

**AMENDED JUDGMENT IN A CIVIL CASE**

Case No. C20-573 RSM

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

Judgment is entered in favor of Plaintiff Johnson in the total amount of $31,120 and in favor of Plaintiff Puloka in the total amount of $31,000. This matter is now CLOSED.

      DATED this 17th day of June, 2021.

            WILLIAM M. MCCOOL
            Clerk

            *s/PAULA MCNABB*
            Deputy Clerk