UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANTONIO JOHNSON and OLIVIA PULOKA,<br><br>                    Plaintiff,<br><br>vs.<br><br>COLUMBIA DEBT RECOVERY, LLC, dba GENESIS,<br><br>                    Defendant. | NO.  2:20-cv-00573-RSM<br><br>**DEFENDANT'S NON-OPPOSITION IN RESPONSE TO PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS** |

On June 16 Plaintiffs filed a Motion for Attorney's Fees and Costs seeking $51,580 in attorney's fees and $531.59 in costs. Dckt. No. 34. Subsequent to this submission, the Parties have had numerous discussions regarding the award and fees and costs request, and have reached an agreement regarding the total amount to be paid, and the payment terms regarding same. Therefore, Defendant Columbia Debt Recovery, LLC, dba Genesis ("CDR") is submitting this Notice of Non-Opposition.

Dated: July 6, 2021.

                                        **IT IS SO STIPULATED:**
                                        GORDON REES SCULLY MANSUKHANI, LLP

                                        By:   *s/ Kelly F. Huedepohl*
                                                  Kelly F. Huedepohl, WSBA No. 53456
                                                  khuedepohl@grsm.com

                                        *Attorneys for Defendant COLUMBIA DEBT*
                                        *RECOVERY, LLC, dba GENESIS*

| | |
|---|---|
| DEFENDANT'S NON-OPPOSITION IN RESPONSE TO PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS –Page 1 | **GORDON REES SCULLY MANSUKHANI, LLP**<br>1300 SW Fifth Avenue, Ste. 2000<br>Portland, OR 97201<br>Telephone: (503) 382-3844<br>Facsimile: (503) 616-36002 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Gordon Rees Scully Mansukhani, LLP
1300 SW Fifth Ave., Ste. 2000
Portland, OR 97201
Phone: (503) 382-3844 Fax: (503) 616-3600

DEFENDANT'S NON-OPPOSITION IN RESPONSE TO PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS –Page 2

**GORDON REES SCULLY MANSUKHANI, LLP**
1300 SW Fifth Avenue, Ste. 2000
Portland, OR 97201
Telephone: (503) 382-3844
Facsimile: (503) 616-36002