# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

ANTONIO JOHNSON AND OLIVIA PULOKA,

Plaintiffs,

vs.

COLUMBIA DEBT RECOVERY, LLC dba GENESIS CREDIT MANAGEMENT, LLC,

Defendant.

NO. 2:20-cv-00573-RSM

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR ATTORNEY'S FEES AND COSTS**

This matter comes before the Court on Plaintiffs Antonio Johnson and Olivia Puloka's Motions for Attorney's Fees and Costs. Dkt. #34. This Motion is unopposed by Defendant. Dkt. #35. The Court previously ruled that Plaintiffs were entitled to their attorney's fees and costs pursuant to 15 U.S.C. § 1692k. Dkt. #32.

District courts have broad discretion to determine the reasonableness of fees. *Gates v. Deukmejian*, 987 F.2d 1392, 1398 (9th Cir. 1992). To make this determination, courts determine the "lodestar amount," which is calculated by multiplying the number of hours reasonably expended by a reasonable hourly rate. *Camacho v. Bridgeport Fin., Inc.*, 523 F.3d 973, 978 (9th Cir. 2008). The lodestar figure is presumptively a reasonable fee award. *Id*. at 977. The court

may adjust the lodestar figure up or down based upon the factors listed in *Kerr v. Screen Extras Guild, Inc.*, 526 F.2d 67, 70 (9th Cir. 1975). The court need not consider the *Kerr* factors, however, unless necessary to support the reasonableness of the fee award. *Cairns v. Franklin Mint Co.*, 292 F.3d 1139, 1158 (9th Cir. 2002).

The Court finds that the hourly rates of $460 for Mr. Anderson and $405 for Mr. Santiago are reasonable based on the experience, skill, and education of each attorney. The Court finds that the hours incurred by Plaintiffs' counsel (28.9 hours for Mr. Anderson and 95.2 hours for Mr. Santiago) were reasonable, and in any event are unopposed by Defendant.

The Court finds that the costs requested, $531.59, were reasonable and necessarily incurred by Plaintiffs in the successful prosecution of this case. For the sake of judicial economy, the Court awards these costs now in the amount of $531.59.

Accordingly, having reviewed the Motion, attached declarations and exhibits, and the remainder of the record, the Court hereby FINDS and ORDERS:

1. Plaintiffs' Motion, Dkt. #34, is GRANTED. Defendant Columbia Debt Recovery, LLC shall pay the total amount of $52,381.59 (calculated as $51,850.00 in attorney's fees and $531.59 in costs) to Anderson Santiago, PLLC within 30 days of this order.
2. If the amount remains unpaid after the passage of 30 days, Plaintiffs may apply to this Court to reduce this order to a judgment, including a request for any fees or costs incurred in doing so.

DATED this 12th day of July, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE